IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FERNANDO GONZALEZ GUERRERO, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:25-CV-1334-RP |
| KRISTI NOEM, et al., | § § § | |
| Respondents. | § § | |

### ORDER

**IT IS ORDERED** that the referral of this case to the United States Magistrate Judge Mark Lane, (Dkt. 5), is **VACATED** and that this matter be returned to the docket of the District Court Judge Robert Pitman.

**SIGNED** on October 15, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE